Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorney for Plaintiff*

E-FILED 1/24/19

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KURTIS KRESLAKE,** individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> **v.** <br><br> **COYOTE LOGISTICS, LLC,** and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No. <br><br> 5:18-cv-01999-PSG-SHK <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE AS TO DEFENDANT COYOTE LOGISTICS, LLC. ONLY.;** <br><br> ORDER |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice as to the individual claims and without prejudice as to the putative class claims as to defendant COYOTE LOGISTICS, LLC. ONLY.

///

Notice of Dismissal - 1

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

Respectfully submitted this 23rd Day of January, 2019.

By: s/Adrian R. Bacon Esq.
Adrian R. Bacon
Attorney For Plaintiff

**IT IS SO ORDERED.**

DATED: 1/24/19 _____

_____
**U.S. DISTRICT JUDGE**

## **CERTIFICATE OF SERVICE**

Filed electronically on January 23 2019, with:

United States District Court CM/ECF system

Notification sent electronically on January 23 2019, to:

To the Honorable Court, all parties and their Counsel of Record

s/ Adrian R. Bacon
   Adrian R. Bacon